USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 1 9 2008

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street, 3rd Floor
New York, New York 10007

February 15, 2007

**BY HAND DELIVERY**

The Honorable Paul A. Crotty
United States District Judge
United States Courthouse
500 Pearl St., Room 735
New York, NY 10007

SO ORDERED: FEB 1 9 2008

/s/ Paul A. Crotty
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

Re: Topete v. Gildea, et al., 08 Civ. 1285 (PAC)

Dear Judge Crotty:

      This Office represents defendant Patrick A. Gildea, an employee of the United States (the "Government"), in the above-referenced civil action, which was removed to this Court from New York state court on February 8, 2007. Under Rule 81(c)(2) of the Federal Rules of the Civil Procedure, the Government has until February 15, 2008 to respond to plaintiff Ms. Topete's Verified Complaint in this matter (the "Complaint"). I respectfully request that the time for the Government to respond to the Complaint be extended by 60 days, from February 15, 2008 to April 16, 2008, to enable the Government to investigate fully the relevant circumstances and to proceed with seeking a possible resolution of this matter without requiring further judicial intervention. Counsel for plaintiff consents to this request.

      This is the Government's first request for an extension in this action. As no scheduling order has been entered, granting this request for an extension will not have an effect on any existing deadline in this action. I thank the Court for its consideration of this request.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: /s/ Li Yu
LI YU
Assistant United States Attorney
Telephone: (212)637-2734
Facsimile: (212)637-2686
Email: li.yu@usdoj.gov

cc: Brian Levy, Esq. (By E-Mail)
*Counsel for Plaintiff*
112 Route 109

West Babylon, New York 11704
Email: Brian4lev@aol.com

Bradford W. Bergen (By First-Class Mail)
61 Allen Road
Farmingdale, New York 11735

Joshua Martin (By First-Class Mail)
26 Lincoln Square
New York, New York 10023