USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 2 9 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Noemia V. Topete,

        Plaintiff,

-against-

Patrick J. Gildea, Joshua Martin and Bradford W. Bergen,

        Defendants.
------------------------------------------------------------X

08 Civ. 1285 (PAC)
ORDER OF DISCOTINUANCE

HONORABLE PAUL A. CROTTY, United States District Judge:

The Court having been advised that all claims asserted herein have been settled[1], it is,

ORDERED, that the above-entitled action be and hereby is discontinued, without costs to either party, subject to reopening should the settlement not be consummated within thirty (30) days of the date hereof. The Court will sign a Stipulation of Settlement upon receipt from either party.

Dated: New York, New York
April 29, 2008

SO ORDERED

*(signature)*
PAUL A. CROTTY
United States District Judge

---

[1] See attached letter dated April 28, 2008 from AUSA Li Yu.

1

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, Third Floor*
*New York, New York 10007*

April 28, 2008

**BY HAND DELIVERY**

The Honorable Paul A. Crotty
United States District Judge
United States Courthouse
500 Pearl St., Room 735
New York, NY 10007

    Re: *Topete v. Gildea, et al.*, 08 Civ. 1285 (PAC)

Dear Judge Crotty:

    This Office represents the United States (the "Government") in the above-referenced tort action in which Special Agent Patrick A. Gildea, an employee of the Federal Bureau of Investigation, has been named as a defendant. Subject to the Court's approval, plaintiff and the Government have agreed upon a stipulation to (1) substitute the Government as a defendant in place to Agent Gildea and (2) resolve plaintiff's claims against the Government, having been substituted as a defendant, pursuant to a settlement. I respectfully submit a copy of the proposed Stipulation and Order setting forth the terms of the agreement between plaintiff and the Government.

    Further, I have been advised by plaintiff's counsel that plaintiff also has agreed to discontinue the remainder of her action. As soon as I receive a copy of the executed stipulation of discontinuance from plaintiff's counsel, I will submit that stipulation to the Court so that this matter may be closed.

    I thank the Court for its consideration of the enclosed stipulation.

                            Respectfully,

                            MICHAEL J. GARCIA
                            United States Attorney

                    By: _____
                         LI YU
                         Assistant United States Attorney
                         86 Chambers Street
                         New York, New York 10007
                         Telephone: (212) 637-2734
                         Fax: (212) 637-2686

cc:    Brian Levy, Esq. (By E-Mail)

112 Route 109
West Babylon, New York 11704
Email: Brian4lev@aol.com
*Counsel for Plaintiff*

Teresa Compano, Esq. (By Facsimile)
McCabe Collins, McGeough & Fowler, LLP
346 Westbury Ave., PO Box 9000
Carle Place, New York 11514
Fax: (516) 873-9496
*Counsel for Defendant Bradford W. Bergen*

2