04/29/2008 22:21 15168739496 MCCABE PAGE 03/03
04/23/2008 23:56 16315610676 FIELDS & LEVY PAGE 02

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 0 6 2008

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK COUNTY
-----------------------------------------------------------X
NOEMIA V. TOPETE

                  Plaintiff(s),

        -against-

BRADFORD W. BERGEN, JOSHUA MARTIN AND
PATRICK J. GILDEA

                  Defendant(s).
-----------------------------------------------------------X

STIPULATION OF
DISCONTINUANCE

Index No.: 116569/2007
08 civ 1285 (PAC)

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the respective parties herein that the above entitled action, having been settled, be, and the same hereby is, discontinued, with prejudice and without costs to any party and that this stipulation may be filed with the Clerk of the Court without further notice.

Dated: WEST BABYLON, NEW YORK
April 24, 2008

_____          _____
BRIAN J. LEVY                       McCabe, Collins, McGeough & Fowler,
EDWARD R. YOUNG & ASSOCIATES        LLP (Carle Place)
Attorneys for Plaintiff(s)          Attorneys for Defendant(s)
NOEMIA V. TOPETE                    BRADFORD W. BERGEN
112 Route 109                       P.O. Box 9000
West Babylon, New York 11704        346 Westbury Avenue
(631) 661-0006                      Carle Place, NY 11514
Our File No. 25-06-0008

SO ORDERED: MAY 0 6 2008

_____
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

APR-30-2008 10:30          15168739496          96%          P.03



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

86 Chambers Street, Third Floor
New York, New York 10007

May 2, 2008

**BY HAND DELIVERY**

The Honorable Paul A. Crotty
United States District Judge
United States Courthouse
500 Pearl St., Room 735
New York, NY 10007

    Re: *Topete v. Gildea, et al.*, 08 Civ. 1285 (PAC)

Dear Judge Crotty:

    This Office represents the United States (the "Government") in the above-referenced tort action. In a letter dated April 28, 2008, I submitted for the Court's consideration a proposed settlement stipulation between plaintiff and the Government resolving plaintiff's claims against the Government. In that letter, I also undertook to submit a copy of plaintiff's stipulation of discontinuance upon receiving a copy of the same. I write now to enclose respectfully a Stipulation of Discontinuance of this action executed by counsel for plaintiff and counsel for Mr. Bradford Bergen, a co-defendant.

    On April 29, Your Honor endorsed the settlement stipulation between plaintiff and the Government and also ordered that this matter be closed, subject to re-opening within 30 days in the event that the settlement has not been consummated. The Government will work diligently to ensure that the settlement between plaintiff and the Government is completed promptly.

    I thank the Court for its consideration of this matter.

                            Respectfully,

                            MICHAEL J. GARCIA
                            United States Attorney

                    By: _____
                        LI YU
                        Assistant United States Attorney
                        86 Chambers Street
                        New York, New York 10007
                        Telephone: (212) 637-2734
                        Fax: (212) 637-2686

Enclosure.

cc: Brian Levy, Esq. (By First-Class Mail)
112 Route 109
West Babylon, New York 11704
Email: Brian4lev@aol.com
*Counsel for Plaintiff*

Teresa Compano, Esq. (By Facsimile)
McCabe Collins, McGeough & Fowler, LLP
346 Westbury Ave., PO Box 9000
Carle Place, New York 11514
Fax: (516) 873-9496
*Counsel for Defendant Bradford W. Bergen*